AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

JOHN L. WILLIAMS-EL,

        Plaintiff,                JUDGMENT IN A CIVIL CASE

   V.

                            CASE NUMBER: **3:16-cv-00211-MMD-VPC**

TARA CARPENTER,

        Defendant.

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the motion for voluntary dismissal is granted. This action is dismissed in its entirety without prejudice.

  September 7, 2016                  **LANCE S. WILSON**
                                     Clerk

                           /s/ D. R. Morgan
                             Deputy Clerk